```
MARCIE LYNICE THOMPSON      MEMORIAL HEALTH
TOMMY ALAN THOMPSON         P.O. BOX 738993
24116 RD 514                DALLAS, TX 75373
SAUCIER, MS 39574


THOMAS C. ROLLINS, JR.      NETWORK SERVICES, INC
THE ROLLINS LAW FIRM, PLLC  ATTN: BANKRUPTCY
P.O. BOX 13767              PO BOX 1725
JACKSON, MS 39236           HATTIESBURG, MS 39403


AT&T                        ONE MAIN
PO BOX 5087                 645 LAKELAND DR
CAROL STREAM, IL 60197-508  STE 101
                            FLOWOOD, MS 39232


CAMP SHELBY                 ONLINE COLLECTIONS
WAREHOUSE AVE BLDG 82       PO BOX 1489
CAMP SHELBY, MS 39407       WINTERVILLE, NC 28590


CAPITAL ONE                 PORTFOLIO RECOVERY
ATTN: BANKRUPTCY            120 CORPORATE BLVD
PO BOX 30285                NORFOLK, VA 23502
SALT LAKE CITY, UT 84130

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

CITI CARD
PO BOX 790040
ST LOUIS, MO 36179


CREDIT COLLECTION SERC
725 CANTON ST
NORWOOD, MA 02062


KAIDEN THOMPSON
24116 ROAD 514
SAUCIER, MS 39574
```