## PROCEEDING MEMO – CHAPTER 13 341A MEETING OF CREDITORS

**DATE/TIME OF MEETING:**      4/24/2026 10:00:00

**IN RE:  MARCIE LYNICE and TOMMY ALAN THOMPSON**          **CASE NO:  26-50452-KMS**
        **24116 RD 514**
        **SAUCIER, MS 39574**

1.  **NAME OF ATTORNEY FOR DEBTOR(S):   Thomas Carl Rollins, Jr., Esq. Atty for the Debtor(s), MSB #103469 P O Box 13767 Jackson, MS 39236**

2.  **CASE FILED ON: 03/19/2026**

3.  **APPEARANCES:**

    ( )  **DEBTOR(S)**
    (✓)  **ATTORNEY FOR DEBTOR(S)**
    ( )  **CREDITORS:** _____

    _____

    ( )  **PREVIOUS FILINGS**
    ( )  **CORRECT FORMS OF ID**

4.  **MEETING CONCLUDED:**          YES_____  NO_____✓_____

    _____ CASE TO BE DISMISSED_____

    _____ REASON: _____

    **OR**

    __✓__MEETING TO BE CONTINUED/RESET TO: _5/8/26 @ 10:30 AM_

5.  **PAYMENTS PAID IN TO DATE:** _____

**TRUSTEE NOTES:**      _____

_____

_____

_____

_____

_____

_____

_____

_____

**TRACK #** _2772_                    **FOLLOW-UP:**_____

                              **26-50452-KMS**