# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50452          **Case Name:** Marcie Lynice Thompson and Tommy Alan Thompson

**Set:** 06/04/2026 10:00 am   **Chapter:** 13   **Type:** bk     **Judge** Katharine M. Samson

**matter** Confirmation Hearing

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)