United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 26-50452-KMS

Marcie Lynice Thompson                                                        Chapter 13

Tommy Alan Thompson

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                         User: mssbad                                        Page 1 of 2

Date Rcvd: Jun 01, 2026                Form ID: n031                               Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marcie Lynice Thompson, Tommy Alan Thompson, 24116 Rd 514, Saucier, MS 39574-9040 |
| 5640267 | + | Camp Shelby, Warehouse Ave Bldg 82, Camp Shelby, MS 39407-0001 |
| 5640271 | + | Credit Collection Serc, 725 Canton St, Norwood, MA 02062-2679 |
| 5640272 | + | Kaiden Thompson, 24116 Road 514, Saucier, MS 39574-9040 |
| 5640273 | + | Memorial Health, P.O. Box 738993, Dallas, TX 75373-8993 |
| 5671165 | + | Memorial Hospital, c/o Wessler Law Firm, P.O. Box 175, Gulfport, MS 39502-0175 |
| 5640274 | + | Network Services, Inc, Attn: Bankruptcy, Po Box 1725, Hattiesburg, MS 39403-1725 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5640266 | | Email/Text: g17768@att.com | Jun 01 2026 20:23:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5640268 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 01 2026 20:24:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5645513 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 01 2026 20:24:23 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5640269 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jun 01 2026 20:23:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5640270 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2026 20:24:33 | Citi Card, Po Box 790040, St Louis, MO 63179-0040 |
| 5675872 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2026 20:24:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5674337 | | Email/Text: sheri@masinc.org | Jun 01 2026 20:23:00 | MERCHANTS ADJUSTMENT SERVICE, PO BOX 7511, MOBILE, AL 36670 |
| 5640275 | | Email/PDF: cbp@omf.com | Jun 01 2026 20:24:31 | One Main, 645 Lakeland Dr, Ste 101, Flowood, MS 39232 |
| 5640276 | + | Email/Text: bankruptcy@onlineis.com | Jun 01 2026 20:23:00 | Online Collections, PO Box 1489, Winterville, NC 28590-1489 |
| 5640277 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 01 2026 20:24:32 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5675700 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 01 2026 20:24:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5643768 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2026 20:24:24 | West Florida Hospital, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |

TOTAL: 12

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jun 01, 2026 | Form ID: n031 | Total Noticed: 19 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Tommy Alan Thompson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Marcie Lynice Thompson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−50452−KMS
**Chapter:** 13

**In re:**

Marcie Lynice Thompson
aka Marcie L Thompson
24116 Rd 514
Saucier, MS 39574

Tommy Alan Thompson
aka Tommy A Thompson
24116 Rd 514
Saucier, MS 39574

Notice of Entry of Order Confirming Plan

The Court entered an Order on June 1, 2026 (Dkt. # 18 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: June 1, 2026

Danny L. Miller, Clerk of Court